790 A.2d 882

IN THE MATTER OF TANYA E. LAWRENCE,
AN ATTORNEY AT LAW.

February 22, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–142, concluding that **TANYA E. LAW-RENCE,** formerly of **HACKENSACK,** who was admitted to the bar of this State in 1998, should be suspended from the practice of law for a period of three months for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.5(a) (unreasonable fee), *RPC* 5.5(a) (unauthorized practice), *RPC* 7.5(a) (using a letterhead that violates *RPC* 7.1(a) in that it is false or misleading), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **TANYA E. LAWRENCE** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective March 19, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.